UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

ALPHONES PERSICO,

                     Petitioner,    ADMISSION TO PRACTICE
                                        PRO HAC VICE

      - against -
                                        CV 2006-2147 (DLI)(MDG)

WARDEN LAIRD,

                     Respondent.

- - - - - - - - - - - - - - - - - -X

     The motion of Linda S. Sheffield for admission to practice pro hac vice as counsel for petitioner in the above captioned matter is granted. The admitted attorney is permitted to argue or try this action in whole or in part as counsel or advocate.

     An attorney admitted to practice pro hac vice is required to pay a $25.00 admission fee, payment of which is hereby acknowledged.

     This Order will serve as the appearance of counsel in this case and will be entered on the Court's docket upon receipt of the fee. A notation of the attorney's admission pro hac vice will be made on this Court's roll of attorneys. If the attorney

admitted <u>pro</u> <u>hac</u> <u>vice</u> is not registered for Electronic Case Filing, he or she must register or submit an application for exemption within two weeks of the date of this order.

**SO ORDERED.**

Dated:    Brooklyn, New York
          May 18, 2006

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE

cc:   Pro Hac Vice Attorney
      Court file